■ JOSEPH SCHWARTZ, Appellant, v. METROPOLITAN TITLE GUARANTY COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ KAMENY ASSOCIATES, INC., Appellant, v. SLANT/FIN RADIATOR CORPORATION, Respondent.— Order appealed from unanimously modified in the exercise of discretion to the extent of granting leave to the plaintiff to replead if it be so advised, and, as so modified, affirmed, without costs to either party. While in our view the complaint does not state a cause of action, it may be that upon a repleading the plaintiff might be able to plead one. The judgment appealed from entered September 23, 1959 is vacated. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bastow, JJ.

## (March 2, 1960)

■ SADA M. ABRAHAMS et al., v. AMERICAN STEEL & WIRE CO. et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ DAVID LEVINS v. TROY ASSOCIATES, INC., et al.— Motion for resettlement granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

## (March 3, 1960)

■ GEORGE MORENG v. ARTHUR I. BOYER et al.— Motion for order directing that appeal be advanced on the calendar denied. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ GEORGE MORENG v. ARTHUR I. BOYER et al.— Motion to dispense with printing granted insofar as to permit the appeal to be heard upon typewritten respondent's points, on condition that the respondent serves one copy of the typewritten respondent's points upon the attorney for plaintiff-appellant and files six typewritten copies of respondent's points with this court on or before March 16, 1960. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ In the Matter of the Arbitration between MILLIKEN WOOLENS, INC. and McCORMICK SPINNING MILLS, INC. et al.— Motion for an enlargement of time granted, insofar as to extend the respondent-appellant's time to serve and file the record on appeal and appellant's points to and including March 8, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Petitioners-respondents' points are to be served and filed on or before March 21, 1960 and appellant's reply points, if any, are to be served and filed on or before March 28, 1960. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ AMERICAN UNION TRANSPORT, INC., v. A. PINHEIRO, et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 17, 1960, with notice of argument for March 29, 1960, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before March 23, 1960. Concur — Botein, P. J. Breitel, Valente, Stevens and Bergan, JJ.